### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.   04-cv-00022-REB-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE DOMINGUEZ/VENZOR RANCH PROPERTY IN PEYTON, COLORADO,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

The matter comes before the court on the **Uncontested Motion to Dismiss** [#33], filed September 8, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Uncontested Motion to Dismiss** [#33], filed September 8, 2006, is **GRANTED**; and

    2. That this action **IS DISMISSED** with the parties to pay their own attorney fees and costs.

    Dated September 11, 2006, at Denver, Colorado.

                            **BY THE COURT:**

                            **s/ Robert E. Blackburn**
                            **Robert E. Blackburn**
                            **United States District Judge**